UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 08-23372-CIV-KING

SKYPLAN SERVICES LIMITED,

    Plaintiff,

v.

AVIATION JETS, LLC,

    Defendant.

_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE comes before the Court upon Plaintiff's Request for an Order to Show Cause Following Non-Appearance, filed May 8, 2009 (D.E. #10).

Accordingly, after a careful review of the record, and the Court being otherwise fully advised it is **ORDERED, ADJUDGED, and DECREED** that Defendant will **SHOW CAUSE**, in writing, within ten (10) days as to why this Court should not impose sanctions for the failure of Craig Frost to appear for his deposition scheduled for April 11, 2009 and continued by agreement to May 7, 2009.

**DONE and ORDERED** in chambers at the James Lawrence King Federal

Justice Building and United States Courthouse, Miami, Florida this 11th day of May, 2009.

_____
JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **Counsel for Plaintiff**
**Charles A. Hounchell**
**Eric C. Pinkard**
Robbins Equitas, PA
2639 Dr. MLK Jr. Street N.
St. Petersburg, FL 33704

**Counsel for Defendant**
**Ted H. Bartelstone**
Ted H. Bartelstone. PA
Suite 1109 Two Datran Center
9130 S Dadeland Boulevard
Miami, FL 33156